**Order entered May 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00121-CV

## YOLANDA VILLEGAS, Appellant

## V.

## VASDEV RAI AND COSMETIC SURGICAL CENTER, P.A., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11205**

### ORDER

The clerk's record in this case is overdue. By postcard dated April 1, 2021, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for or made arrangements to pay for

the record.  *We notify appellant that if we receive verification she has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal.  See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/    KEN MOLBERG
       JUSTICE